6595. ENECKS *v.* INTERNATIONAL HARVESTER COMPANY OF AMERICA.

BROYLES, J. There being in the bill of exceptions no exception to any real final judgment, but an exception only to a judgment sustaining a special and general demurrer to the defendant's answer, and striking the answer, and it not appearing that any final judgment was rendered, no question is presented which this court has jurisdiction to decide. This is true although it is recited in the bill of exceptions that this judgment overruling the answer disposed of the case, and was a final disposition of the same "for the reason that the said defendant's answer was then and there stricken at the time of said ruling." *McCranie* v. *Shipp*, 10 *Ga. App.* 544 (73 S. E. 701); *Jones* v. *Pool*, 5 *Ga. App.* 113 (62 S. E. 711); *Johnson* v. *Battle*, 120 *Ga.* 649 (48 S. E. 128); *Johnson* v. *Merchants &c. Bank*, 141 *Ga.* 721 (81 S. E. 873). Accordingly the writ of error in this case must be                    *Dismissed.*

DECIDED JANUARY 28, 1916.

Complaint; from city court of Sylvester—Judge Evans. April 13, 1915.

*Boykin & Lufburrow,* for plaintiff in error.

*White & Lovett,* contra.

---

6604. WALKER *v.* HOWLAND.

WADE, J. 1. Where a case brought to this court is not one in which a judgment on a motion for a new trial is to be reviewed, the plaintiff in error shall plainly and specifically set forth the errors alleged to have been committed.

2. In the absence of a general exception to a final judgment, specific assignments of error on antecedent rulings will not suffice to give this court jurisdiction.

3. No exception is taken to the final judgment in this case, and therefore this court is without jurisdiction to entertain the bill of exceptions. See *Lyndon* v. *Georgia Railway & Electric Co.*, 129 *Ga.* 353 (58 S. E. 1047); *Stewart* v. *Marietta Trust & Banking Co.*, 129 *Ga.* 417 (59 S. E. 231); *Morris* v. *Dougherty*, 132 *Ga.* 346 (63 S. E. 1114); *Mertins* v. *Pritchard*, 135 *Ga.* 643 (70 S. E. 328); *Simmons* v. *Peagler*, 7 *Ga. App.* 252 (66 S. E. 629); *Ox Breeches Mfg. Co.* v. *Bird*, 1 *Ga. App.* 40 (57 S. E. 975); *Anderson* v. *Hall*, 3 *Ga. App.* 555 (60 S. E. 294).

*Writ of error dismissed.*

DECIDED JANUARY 28, 1916.

Complaint; from city court of Floyd county—Judge Reece. March 17, 1915.

*Sharp & Sharp,* for plaintiff in error.

*A. W. Shanklin, J. P. Jones, Alex. Harris,* contra.